**E-filed 6/22/06**

1   Mark E. Ellis - 127159
     Andrew M. Steinheimer – 200524
2   Daniel S. Newman - 215784
     MURPHY, PEARSON, BRADLEY & FEENEY
3   701 University Avenue, Suite 150
     Sacramento, CA  95825
4   Telephone:     (916) 565-0300
     Facsimile:     (916) 565-1636
5

6   Attorneys for Defendant
     NATIONAL ENTERPRISE SYSTEMS, INC.

7

8              UNITED STATES DISTRICT COURT

9       DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11

12   DEBORAH EVANS,                 Case No.: C05 05019 JF

13         Plaintiff,              **DEFENDANT NATIONAL ENTERPRISE**
                                          **SYSTEMS, INC.'S MOTION TO APPEAR**
14   v.                                  **TELEPHONICALLY AT CASE**
                                          **MANAGEMENT CONFERENCE**
15   NATIONAL ENTERPRISE SYSTEMS, INC.,

16        Defendants.            **Date:      June 23, 2006**
                                         **Time:      8:30 a.m.**
17                                         **Courtroom 3, 5th Floor**

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

1    Daniel Newman, counsel for Defendant National Enterprise Systems, Inc.., requests permission

2   to appear by telephone at the Case Management Conference scheduled in this matter.  Mr. Newman's

3   office is located in Sacramento, some 125 miles from the Court.

4   Dated: June 12, 2006

5                                          MURPHY, PEARSON, BRADLEY & FEENEY

6                                          By _____

7                                              Daniel S. Newman
                                               Attorneys for Defendant
8                                              NATIONAL ENTERPRISE SYSTEMS, INC.

9

10    The court hereby grants the request for Daniel Newman to appear at the above-mentioned

11   hearing telephonically.  **IT IS SO ORDERED.**

12   Date: _____6/22/06_____      _____

13                                     The Hon. Jeremy Fogel

14

15   AMS.10325136.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S MOTION TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**